CASEY JENSEN, Bar No. 263593
Email Address: cjensen@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

Attorneys for Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,

    Plaintiffs,

v.

MEYER AND REEDER, INC., a California corporation, etc., et al.

    Defendants.

CASE NO. 2:17-cv-07558-MWF-PLA

[XXXXXXXXXX] ORDER TO DISMISS ACTION WITH PREJUDICE

Before The Honorable
Michael W. Fitzgerald

[XXXXXXXXXX] O R D E R

GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that the Plaintiff's Complaint be Dismissed With Prejudice in its entirety.

Dated: January 31, 2019

THE HONORABLE MICHAEL W. FITZGERALDD